## TANNER-BRICE COMPANY v. MORRIS et al.

BECK, J.   Under the ruling in the case of *Ragan* v. *Taff*, 134 *Ga.* 835 (68 S. E. 579), the court did not err in refusing the prayer for injunction and receiver.   See also, in this connection, *Pincus* v. *Meinhard*, 139 *Ga.* 365, 371 (77 S. E. 82).   *Judgment affirmed.   All the Justices concur.*
                    NOVEMBER 16, 1916.

Petition for injunction and receiver.   Before Judge Highsmith. Jeff Davis superior court.   December 28, 1915.

*Dickerson, Kelley & Roberts* and *L. E. Heath,* for plaintiff.

*Newton Gaskins,* for defendant.

---

## WESTBERRY v. PRICE, sheriff, et al.

GILBERT, J.   The plaintiff in error was security on a criminal recognizance, which was forfeited; and the sheriff undertook to collect the amount thereof from the security.   The plaintiff in error filed a petition to enjoin the sheriff, and an interlocutory injunction was refused.   The plaintiff in error excepted.   The General Assembly (Acts 1916, p. 1053) having relieved the plaintiff in error, of his liability on the recognizance, the          *Writ of error is dismissed.   All the Justices concur.*
                    NOVEMBER 16, 1916.

Petition for injunction; from Wayne.   Motion to dismiss.

*Wilson & Bennett* and *Padgett & Watson,* for plaintiff.

*J. H. Thomas, solicitor-general,* for defendant.